IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

    Plaintiff,

vs.

DARREL LEMOS, MARK MERRIL, RICK RIGGINS, SISKIYOU COUNTY SHERIFF'S DEPARTMENT, AND SISKIYOU COUNTY,

    Defendants.

No. CIV S-06-1126 DFL PAN (GGH) PS

ORDER

    Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Plaintiff avers she is disabled and her only income is $754.00 a month Social Security Income; she has no assets. Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

    The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry. Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or if the action is frivolous or

1  malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against
2  an immune defendant.  Pro se pleadings are liberally construed.  See Haines v. Kerner, 404 U.S.
3  519, 520-21, 92 S. Ct. 594, 595-96 (1972); Balistreri v. Pacifica Police Dep't., 901 F.2d 696, 699
4  (9th Cir. 1988).
5         Plaintiff's fourteen-page typed complaint clearly sets forth this court's civil rights
6  jurisdiction under 28 U.S.C. § 1343 (specifically, subdivision (c)); federal question jurisdiction is
7  also established pursuant to 28 U.S.C. § 1331.  The complaint asserts cognizable causes of action
8  against Deputy Sheriff Darrel Lemos, his supervisors Mark Merril and Rick Riggins, Siskiyou
9  County and its Sheriff's Department, for violation of plaintiff's rights to be free from
10 unreasonable searches and seizures under the Fourth and Fourteenth Amendments to the U.S.
11 Constitution, and asserts cognizable pendant state law claims for willful negligence, false arrest,
12 false imprisonment, slander, libel, defamation, negligent and/or willful infliction of emotional
13 distress, assault and battery.
14         Accordingly, IT IS ORDERED that:
15         1.  Plaintiff's request to proceed in forma pauperis is granted;
16         2.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is
17 directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ.
18 P. 4, including a copy of this court's status order, without prepayment of costs.
19         3.  The Clerk of the Court shall send plaintiff six USM-285 forms, one summons,
20 a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this
21 court's status order.
22         4.  Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date
23 this order is filed, all information needed by the Marshal to effect service of process.  The court
24 anticipates that, to effect service, the U.S. Marshal will require at least:
25         a.  One completed summons;
26         b.  One completed USM-285 form for each defendant;

    c. A copy of the endorsed filed amended complaint for each defendant, with an extra copy for the U.S. Marshal; and

    d. A copy of this court's status order for each defendant.

  5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

  6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

DATED: 6/19/06

           <u>/s/ Gregory G. Hollows</u>
           GREGORY G. HOLLOWS
           U. S. MAGISTRATE JUDGE

NOW6:OLSON.IFPgrnt.srv