IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

    Plaintiff,                    No. CIV S-06-1126 DFL CMK

    vs.

DARREL LEMOS, et al.,         ORDER AND ORDER DIRECTING SERVICE

    Defendants.            BY THE UNITED STATES MARSHAL

_____/     WITHOUT PREPAYMENT OF COSTS

        This action was recently reassigned to the undersigned. A review of the docket reveals that plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 191 and that the court previously ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance. The undersigned notes that plaintiff was directed to "supply the U.S. Marshal, within 15 days from the date this order is filed, all information required by the Marshal to effect service of process." (Doc. 3.) It appears, however, that plaintiff has returned the required papers to the court. (Doc. 5 & 6.)

        Therefore, IT IS ORDERED that:

        1. The Clerk of the Court is directed to forward the instructions for service of process, the completed summons, copies of the complaint and copies of this order to the United States Marshal.

1      2. Within 10 days from the date of this order, the United States Marshal is
2 directed to notify defendants Darrel Lemos, Mark Merril, Siskiyou County Sheriff's Department,
3 Siskiyou County and Rick Riggins of the commencement of this action and to request a waiver
4 of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c).
5      3. The U.S. Marshal is directed to retain the sealed summons and a copy of the
6 complaint in their file for future use.
7      4. The United States Marshal shall file returned waivers of service as well as any
8 requests for waivers of service that are returned as undelivered as soon as they are received.
9      5. If a waiver of service is not returned by a defendant within 45 days from the
10 date of mailing the request for waiver, the United States Marshal shall:
11           a. Personally serve process and a copy of this order upon the defendant
12              pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.
13              § 566(c).
14           b. Within 10 days after personal service is effected, the United States
15              Marshal shall file the return of service for the defendant, along with
16              evidence of any attempts to secure a waiver of service of process and of
17              the costs subsequently incurred in effecting service on said defendant.
18              Said costs shall be enumerated on the USM-285 form and shall include the
19              costs incurred by the Marshal's office for photocopying additional copies
20              of the summons and complaint and for preparing new USM-285 forms, if
21              required.  Costs of service will be taxed against the personally served
22              defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).
23      6. In the event the U.S. Marshal is unable, for any reason, to effect service on any
24 defendant within 90 days from the date of this order, the Marshal is directed to report that fact,
25 and the reasons for it, to the undersigned.
26 ///

1    7. Defendants shall reply to the complaint within the time provided by the
2 applicable provisions of Fed. R. Civ. P. 12(a).
3    8. Each party shall keep the court apprised of a current address at all times while
4 the action is pending.  Any change of address must be reported promptly to the court in a
5 separate document captioned for this case and entitled "Notice of Change of Address."  A notice
6 of change of address must be properly served on other parties.  Pursuant to Local Rule 83-
7 182(d), service of documents at the record address of a party is fully effective.  Failure to apprise
8 the court of a change of address may result in the imposition of sanctions, which may include
9 dismissal of the action.
10    9. The failure of any party to comply with this order, the Federal Rules of Civil
11 Procedure, or the Local Rules of Court, may result in the imposition of sanctions including, but
12 not limited to, dismissal of the action or entry of default.

14 DATED:  July 7, 2006.

                                                             _____
                                                             **CRAIG M. KELLISON**
                                                             UNITED STATES MAGISTRATE JUDGE