IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMERLY R. OLSON,

    Plaintiff,                    No. CIV S-06-1126 DFL CMK

    vs.

DARREL LEMOS, et al.,

    Defendants.

_____/    <u>ORDER</u>

    Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2006, defendants filed a motion to dismiss and noticed a hearing on September 19, 2006. The court will take the motion under advisement. Accordingly, the court vacates the hearing set for September 19, 2006. Should the court require oral argument from the parties, the hearing date will be reset.

    IT IS SO ORDERED.

DATED: August 10, 2006.

*(signature)*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE