IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

    Plaintiff,    No. CIV S-06-1126 DFL CMK

    vs.

DARREL LEMOS, et al.,

    Defendants.    <u>ORDER</u>

        Defendants' Motion for to Dismiss, scheduled for hearing on January 16, 2007, is submitted without oral argument pursuant to Local Rule 78-230(h). The hearing date of January 16, 2007 is vacated. If the court determines that oral argument is needed, it will be scheduled at a later date.

        IT IS SO ORDERED.

DATED: November 28, 2006.

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE