1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8    KIMERLY R. OLSON,

9              Plaintiff,                    No. CIV S-06-1126 DFL CMK

10        vs.

11   DARREL LEMOS, et al.,

12             Defendants.

13   _____/              ORDER

14           On December 1, 2006, the court issued findings and recommendations

15   recommending that plaintiff's amended complaint be dismissed for failure to state a claim upon

16   which relief could be granted.  Good cause appearing, the court vacates the December 1, 2006

17   findings and recommendations.

18           IT IS SO ORDERED.

19

20   DATED:  March 13, 2007.

21

22                                         _____
                                           **CRAIG M. KELLISON**
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26