1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  KIMERLY R. OLSON,
11           Plaintiff,                    No. CIV S-06-1126 DFL CMK
12       vs.
13  DARREL LEMOS, et al.,
14           Defendants.
15  _____/      ORDER
16           On August 9, 2006, defendants filed a motion to dismiss plaintiff's compliant.  On
17  October 30, 2006, the court granted plaintiff thirty days to file an amended compliant which
18  demonstrated that her arrest and conviction for possession of marijuana had been reversed on
19  direct appeal or otherwise been called into question or declared invalid.  Plaintiff filed an
20  amended complaint on November 14, 2006.  Because plaintiff filed an amended complaint, the
21  defendants' August motion to dismiss plaintiff's original complaint is moot.
22  ///
23  ///
24  ///
25  ///
26  ///

1  Accordingly, IT IS ORDERED that:

2  1. The motion to dismiss filed August 9, 2006 (doc. 9) is moot.

3  2. The Clerk of the Court is directed to term the August 9, 2006 motion to dismiss.

5  DATED: March 13, 2007.

```
                              _____
                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE
```