IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

    Plaintiff,                    No. CIV S-06-1126 DFL CMK

  vs.

DARREL LEMOS, et al.,

    Defendants.              <u>ORDER</u>

        Pursuant to the court's order, plaintiff filed an amended complaint on November 14, 2006. Prior to the court screening the amended complaint, defendants filed a responsive pleading in the form of a motion to dismiss. The court has now screened the amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and filed findings and recommendations recommending that some of plaintiff's claims in her amended complaint be dismissed. Accordingly, the motion to dismiss was filed prematurely and will be denied as moot.

        Following the District Judge's ruling on the findings and recommendations, the court will make appropriate arrangements for defendants to file a responsive pleading.

///

///

///

1

1  IT IS ORDERED that defendants' motion to dismiss (doc. 19) be denied, without
2 prejudice, as moot.

4 DATED: April 19, 2007.

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE