IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. CIV S-06-1126-RRB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| DARREL LEMOS, et al., | |
| Defendants. | |
| _____ / | |

       Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action which alleges various federal and state law violations stemming from a September 22, 2003 arrest. This action proceeds on the first amended complaint (Doc. 18) filed November 14, 2006. The defendants filed a motion to dismiss which has now been resolved. The motion to dismiss was granted in part. Pursuant to the order filed March 20, 2008 (Doc. 39), plaintiff's claims for state law willful negligence (Claim II, Count I), state law negligence and/or willful infliction of emotional distress (Claim II, Count V), and state law assault and battery (Claim II, Count VI) have been dismissed; plaintiff's claims for violation of Fourth Amendment rights (Claim I, Count I), violation of Fourteenth Amendment rights (Claim I, Count II), state law false arrest (Claim II, Count II), state law false imprisonment (Claim II, Count III), and state law slander, libel, and

defamation (Claim II, Count IV) have been stayed pending resolution of plaintiff's appeal of her conviction for cultivation of marijuana in the state court; and this case proceeds on plaintiff's claim for excessive force in violation of the Fourth and Fourteenth Amendments (Claim I, Count III).

      The court now requires notification of the status of plaintiff's appeal of her state court conviction out of Siskiyou County on September 22, 2005.  Both parties are required to file a status report and shall address whether a final decision has been rendered by the California Court of Appeals, whether a petition for review has been filed in the California Supreme Court, and whether any post conviction challenge, such as a state habeas petition, is pending and/or has been resolved.  In addition, the parties are required to attach copies of any relevant state court disposition.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The parties are required to file a status report as outlined above within 30 days of the date of this order; and

      2.    The parties are required to provide the court copies of any relevant state court disposition relating to plaintiff's underlying state court conviction.

DATED: March 26, 2008

                                                                                           **CRAIG M. KELLISON**
                                                                                          UNITED STATES MAGISTRATE JUDGE