IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. CIV S-06-1126-RRB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| DARREL LEMOS, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action which alleges various federal and state law violations stemming from a September 22, 2003 arrest. This action proceeds on plaintiff's claims in her first amended complaint (Doc. 18) for violations of her Fourth Amendment rights (Claim I, Count I), Fourteenth Amendment rights (Claim I, Count II), state law false arrest (Claim II, Count II), state law false imprisonment (Claim II, Count III), state law slander, libel, and defamation (Claim II, Count IV) and excessive force in violation of the Fourth and Fourteenth Amendments (Claim I, Count III). All but this last claim have been stayed pending resolution of plaintiff's appeal of her conviction for cultivation of marijuana in the state court.

/ / /

On April 4, 2008, the court requested status reports from both parties advising the court of the status of plaintiff's status court proceedings. Both parties have filed the requested status reports. It appears from these status reports that plaintiff's direct appeal of her conviction was denied but that she filed a writ of habeas corpus with the Siskiyou County Court which has been granted giving plaintiff a new trial. Defendant indicates that the Siskiyou County District Attorney intends to appeal this decision granting plaintiff's writ of habeas corpus. If that appeal is denied, it appears to be the intention of the District Attorney to retry plaintiff.

Accordingly, the court finds it appropriate to stay this action in its entirety. The parties will be required to file periodic status reports to keep the court apprised of the status of the state court proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is stayed in its entirety;

2. The parties are required to a file status reports within 90 days of the date of service of this order advising the court of the status of the underlying state court proceedings;

3. The parties are required to file a new status report every 90 days thereafter, until otherwise instructed; and

4. The Clerk of the Court is directed to administratively close this case.

DATED: April 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2