IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,   No. CIV S-06-1126-GEB-CMK

    Plaintiff,

  vs.   <u>ORDER</u>

DARREL LEMOS, et al.,

    Defendants.

_____/

      Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action which alleges various federal and state law violations stemming from a September 22, 2003 arrest. This action was stayed by court order entered April 24, 2008, pending state court proceedings. The parties have now filed new status reports indicating the state court proceedings have been resolved, and they are ready to proceed in this action. The stay will therefore be lifted, and this case reopened. Defendants have not filed a responsive pleading to the first amended complaint. A responsive pleading shall be due within 30 days of the service of this order.

      Defendants also alert the court to an unresolved notice of a related case (Doc. 10). However, the court notes that the plaintiff in the other case has filed a notice of voluntary dismissal. Therefore, there is no need for the court to relate the two cases.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay entered April 24, 2008, is lifted;

2. The Clerk of the Court is directed to reopen this case;

3. The notice of related case (Doc. 10) is disregarded; and

4. Defendants shall file a responsive pleading within 30 days.


DATED: December 1, 2011

                                                                            **CRAIG M. KELLISON**
                                                                            UNITED STATES MAGISTRATE JUDGE