PHILIP B. PRICE, SBN 32620
PRICE & BROWN
Attorneys at Law
466 Vallombrosa Avenue
P. O. Box 1420
Chico, California 95927
Telephone: (530) 343-4412
Facsimile: (530) 343-7251
Email: philpblaw@sunset.net

BRIAN L. MORRIS, SBN 222650
Siskiyou County Counsel
P. O. Box 659
Yreka, California 96097
Telephone: (530) 842-8100
Facsimile: (530) 842-7032

Attorneys for Defendant DARRELL LEMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:06-CV-1126 TLN-CMK |
| Plaintiff, | STIPULATION FOR VOLUNTARY DISMISSAL; ORDER |
| v. | [Rule 41 (a)(1)(A)(ii)] |
| DARRELL LEMOS, MARK MERRIL, RICK RIGGINS, COUNTY SHERIFF'S DEPARTMENT AND SISKIYOU COUNTY, | |
| Defendants. | |

Plaintiff, KIMBERLY R. OLSON, desiring to voluntarily dismiss the above-entitled action, and the defendants agreeing thereto, the parties now hereby stipulate that the above-entitled action be dismissed, subject to the following conditions:

1. The dismissal is a voluntary dismissal by plaintiff,

1
STIPULATION FOR DISMISSAL; ORDER

2. The dismissal is with prejudice,

3. The dismissal does not result in any party being the prevailing party,

4. Each party waives all claims for costs, attorney's fees and litigation expense.

Dated: June 9th, 2016

Kimberly R. Olson

*[signature]*
Kimberly R. Olson, plaintiff, in pro per

Dated: June 10, 2016

PRICE & BROWN

By: *[signature]*
Philip B. Price
Attorneys for Defendant Darrel Lemos,

ORDER

It is so ordered:

Dated: June 14, 2016

*[signature]*
Craig M. Kellison
United States Magistrate Judge

2
STIPULATION FOR DISMISSAL; ORDER